# United States District Court

**SOUTHERN** DISTRICT OF **TEXAS**

McALLEN DIVISION

| UNITED STATES OF AMERICA | | |
|---|---|---|
| V. | | **CRIMINAL COMPLAINT** |
| **Fernando Antonio Aragon** | **PRINCIPAL** | Case Number: |
| **A202 123 183    YOB: 1979** | | **M-14-2116-M** |

United States
Southern District of Texas
FILED

NOV 01 2014

Clerk of Court

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **October 30, 2014** in **Brooks** County, in the **Southern** District of **Texas** defendants(s) did, (*Track Statutory Language of Offense*)

**knowing or in reckless disregard of the fact that Isaias Zuniga-Cansino and Victor Manuel Concepcion-Alvarado, citizens and nationals of Mexico, along with one (1) other undocumented alien, for a total of three (3) who had entered the United States in violation of law, did knowingly transport, or move or attempt to transport said aliens in furtherance of such violation of law within the United States, that is, from a location near Mission, Texas to the point of arrest near Encino, Texas,**

in violation of Title **8** United States Code, Section(s) **1324(a)(1)(A)(ii)    FELONY**
I further state that I am a(n) **U.S. Senior Border Patrol Agent** and that this complaint is based on the following facts:

On October 30, 2014, Falfurrias Border Patrol Agents were performing backup duties south of the Falfurrias, Texas Border Patrol Checkpoint. At approximately 6:50 PM agents observed a vehicle traveling much slower than the rest of the traffic which appeared to be heavily laden in the back with two visible occupants in the front seat. Agents pulled up alongside the vehicle for a closer look and noticed the driver and front passenger continued to stare straight ahead. The driver then turned his head to talk to a subject in the back seat who then sat up. Agent then activated their emergency equipment and conducted a traffic stop.

## SEE ATTACHED

Continued on the attached sheet and made a part of this complaint:   [X] Yes  [ ] No

_____
Signature of Complainant

Nicolas Cantu        Senior Patrol Agent
Printed Name of Complainant

Sworn to before me and subscribed in my presence,

November 1, 2014                                    at    McAllen, Texas
Date                                                      City and State

Dorina Ramos            , U. S. Magistrate Judge
Name and Title of Judicial Officer                         Signature of Judicial Officer

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### McALLEN, TEXAS

**ATTACHMENT TO CRIMINAL COMPLAINT:**

M-14-2116 -M

**RE:** Fernando Antonio Aragon          A202 123 183

**CONTINUATION:**

Upon approaching the vehicle, agents noticed the rear seat of the vehicle was folded down and two individuals were attempting to conceal themselves inside the trunk. Agents proceeded to perform an immigration inspection on the occupants of the vehicle. The driver, identified as Fernando Antonio Aragon, and the rear seat passenger, Alexis Irineo Compean, both claimed to be United States citizens. The front seat passenger along with the two subjects in the trunk claimed to be citizens of Mexico and admitted to being illegally present in the United States.

All subjects were transported to the Falfurrias Border Patrol Checkpoint for processing.

**PRINCIPAL STATEMENT:**

Once at the Border Patrol Checkpoint, ARAGON was advised of his Miranda Rights by Border Patrol Agent H. Ortiz. ARAGON signed the form stating that he understood his rights and was willing to provide a sworn statement without the presence of an attorney.

ARAGON stated that he made arrangements to pick up three subjects from a house in Mission, Texas. He was told he would be paid $1500 to transport the subjects through the checkpoint and drop them off at a stripes gas station.

**MATERIAL WITNESS STATEMENTS:**

Once at the Border Patrol Checkpoint, both material witnesses were advised of their Miranda Rights in their preferred languages. Both stated that they understood their rights and were willing to provide a statement without the presence of an attorney.

Isaias Zuniga-Cansino stated he was a citizen and national of Mexico. He claimed to have paid $2000 to an unknown individual to be smuggled to Ohio. He stated that after crossing the river he was taken to an apartment for about ten days and then transported to a house and told to get in the trunk of an already loaded vehicle. He stated it was very hot and uncomfortable in the trunk and, had something happened, he did not think he would have been able to exit the trunk. Zuniga was asked if he would be able to identify the driver of the vehicle and he stated that he could. Zuniga was shown a DHS Photo Line-up and positively identified ARAGON as the driver of the vehicle.

Victor Manuel Concepcion-Alvarado stated he was a citizen and national of Mexico. He claimed to have paid $1500 to an unknown individual after he crossed the river. He stated that after crossing the river he was picked up and taken to a house for seven days and then transported to another house and told to get into the trunk of a car. He stated it was very cramped and hot inside the trunk. Concepcion was asked if he could identify the driver of the vehicle to which he responded that he could. He was shown a DHS Photo Line-up and positively identified ARAGON as the driver of the vehicle.